UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No. 11-CR-20034 |
| v. | ) | |
| | ) | |
| **FREDDELL BRYANT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**OPINION**

This case is before the court for ruling on Defendant's Motion to Vacate Verdict and for a New Trial (#69). In his Motion, Defendant argued only that the evidence at trial was insufficient to prove guilt beyond a reasonable doubt. Defendant did not submit a brief in support of his Motion but incorporates by reference all objections made both before and during trial.

This court concludes that the evidence at trial was sufficient to prove Defendant's guilt beyond a reasonable doubt.

IT IS THEREFORE ORDERED THAT Defendant's Motion for New Trial (#69) is DENIED.

ENTERED this day of 2012

**s/ Michael P. McCuskey**

MICHAEL P. McCUSKEY
U. S. DISTRICT JUDGE